Dismissed and Memorandum Opinion filed January 15, 2009








Dismissed
and Memorandum Opinion filed January 15, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00681-CR

____________

 

GENE CLIFTON LAMBERT,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
263rd District Court

Harris County, Texas

Trial Court Cause No. 1133018

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a Aguilty@ plea to driving while intoxicated.  The trial court sentenced appellant
on July 17, 2008, to confinement for four years in the Institutional Division
of the Texas Department of Criminal Justice.  Appellant filed a notice of appeal
on July 17, 2008.  We dismiss the appeal.  








On
December 4, 2008, we abated this appeal and ordered the trial court to conduct
a hearing to determine the reason for the failure to file a brief.  The trial
court conducted a hearing.  The hearing record establishes appellant waived his
right to appeal in exchange for the sentence received.  Appellant knew with
certainty the punishment that would be assessed.  See Monreal v. State,
99 S.W.3d 615 (Tex. Crim. App. 2003).  Thus, there is a valid waiver of the
right to appeal.  Cf Blanco v. State, 18 S.W.3d 218, 219 (Tex. Crim.
App. 2000). 

Accordingly,
the appeal is dismissed.  

 

PER CURIAM

 

Panel consists of Justices Frost, Brown, and Boyce.

Do Not Publish C Tex. R. App. P.
47.2(b)